THE HONORABLE TANA LIN

UNTIED STATES DISTRICT COURT
WESTERN DISTICT OF WASHINGTON
AT TACOMA

CHRISTIAN BURNS,

    Plaintiff,

v.

KIKIKTAGRUK INUPIAT CORPORATION INC., a Foreign For-Profit Corporation, and MIDNIGHT SUN GLOBAL SERVICES LLC, A Foreign Limited Liability Company,

    Defendants.

NO. 3:24-cv-05228-TL

**[PROPOSED]** **ORDER GRANTING AGREED MOTION FOR EXTENSION OF DEADLINE FOR INITIAL DISCLOSURES**

**Noted on Calendar:** May 3, 2024

This matter came before the Court on the Parties' Agreed Motion for Extension of Deadline for Initial Disclosures.

Pursuant to the Parties' motion and the Court's Standing Order for All Civil Cases, the Court finds good cause to modify the deadline for initial disclosures as follows:

• Initial Disclosures Pursuant to FRCP 26(a)(1) are due by June 21, 2024.

• All other pretrial dates remain in place.

IT IS SO ORDERED.

DATED this _6th_ day of _May_ 2024.

_____
Tana Lin
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING AGREED MOTION FOR
EXTENSION OF DEADLINE FOR INITIAL DISCLOSURES
Page 1 of 2

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887