THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIAN BURNS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIKIKTAGRUK INUPIAT CORPORATION INC., *et al.*,<br><br>　　　　Defendants. | No. 3:24−cv−05228−TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br>　December 12, 2024<br>　Without Oral Argument |

### I.   STIPULATION

Pursuant to FRCP 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel of record, hereby stipulate and agree that this matter has been fully and finally resolved and may be dismissed with prejudice and without recovery of attorneys' fees or costs to any party.

//
//
//
//
//
//

STIPULATED MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE – 1
CASE NO.: 3:24-cv-05228-TL

Rekhi & Wolk, P.S.
529 Warren Avenue N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

RESPECTFULLY SUBMITTED AND DATED this 12th day of December, 2024.

| | |
|---|---|
| **REKHI & WOLK, P.S.** | **DAVIS WRIGHT TREMAINE LLP** |
| By: *s/ Hardeep S. Rekhi*<br>Hardeep S. Rekhi, WSBA No. 34579<br>Gregory A. Wolk, WSBA No. 28946<br>Cameron K. Mease, WSBA No. 59550<br>529 Warren Avenue N., Suite 201<br>Seattle, WA 98109<br>Telephone: (206) 388-5887<br>Fax: (206) 577-3924<br>E-Mail: hardeep@rekhiwolk.com<br><br>*Attorneys for Plaintiff* | By: *s/ Melissa Mordy* (per authorization)<br>Melissa Mordy, WSBA #41879<br>929 108th Avenue NE, Suite 1500<br>Bellevue, WA 98004-4786<br>P: (425) 646-6100<br>F: (425) 646-6199<br>Email: missymordy@dwt.com<br><br>Katie Loberstein, WSBA #51091<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>P: (206) 622-3150<br>F: (206) 757-7700<br>Email: katieloberstein@dwt.com<br><br>*Attorneys for Defendants* |

STIPULATED MOTION AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE – 2
CASE NO.: 3:24-cv-05228-TL

Rekhi & Wolk, P.S.
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

## II. ORDER

THIS MATTER CAME before the Court on the Parties' Stipulated Motion for Voluntary Dismissal with Prejudice and the Court otherwise finding good cause, now, therefore,

IT IS HEREBY ORDERED that:

1. The Stipulated Motion for Voluntary Dismissal is GRANTED;
2. All claims, allegations, and causes of action asserted by Plaintiff, as set forth in Plaintiff's Complaint, shall be dismissed with prejudice;
3. Such dismissal to be with all parties to bear their own costs;

DATED this 12th day of December, 2024.

_____
THE HONORABLE TANA LIN

STIPULATED MOTION AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE – 3
CASE NO.: 3:24-cv-05228-TL

Rekhi & Wolk, P.S.
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924